**JESSE S. KAPLAN    CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**JOSEPH GEORGE**

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **JOSEPH GEORGE,** | No.   2:15-cv-01553-KJN (TEMP) |
| **Plaintiff,** | |
| | **STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **CAROLYN COLVIN, Acting Commissioner of Social Security,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 5, 2016.

This extension is requested because of the length of the record and plaintiff's counsel's other work.

- 1

| | |
|---|---|
| Dated: January 11, 2016 | /s/   *Jesse S. Kaplan* <br> JESSE S. KAPLAN <br> Attorney for Plaintiff <br><br> BENJAMIN B. WAGNER <br> United States Attorney <br> DEBORAH LEE STACHEL <br> Acting Regional Counsel, Region IX <br> Social Security Administration |
| Dated: January 11, 2016 | */s/ per e-mail authorization* <br><br> Timothy Bolin <br> Special Assistant U.S. Attorney <br> Attorney for Defendant |

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  January 14, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

BVD/george1553.stip.eot.ord