JESSE S. KAPLAN   CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA   95608
916/488-3030
916/489-9297 fax

Attorney for Plaintiff
JOSEPH GEORGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GEORGE, | No.   2:15-cv-01553-KJN (TEMP) |
| Plaintiff, | |
| | STIPULATION AND ORDER FOR EXTENSION OF PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to February 8, 2016.

This brief, further extension is requested for the same reasons as previously, but it will be specified that the record in this case is 1,801 pages, there are five and more treating source opinions, plaintiff's impairments are multiple, and his treatment includes in excess of five surgeries. Plaintiff's counsel, meanwhile, must attend to multiple other matters besides this.

[Pleading Title] - 1

Dated: February 5, 2016                              /s/   Jesse S. Kaplan

                                                     JESSE S. KAPLAN
                                                     Attorney for Plaintiff

                                                     BENJAMIN B. WAGNER
                                                     United States Attorney
                                                     DEBORAH LEE STACHEL
                                                     Acting Regional Counsel, Region IX
                                                     Social Security Administration


Dated: February 5, 2016                               /s/ per e-mail authorization

                                                     Timothy Bolin
                                                     Special Assistant U.S. Attorney
                                                     Attorney for Defendant


## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  February 10, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

george1553.stip.eot2.ord

[Pleading Title] - 2