BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH GEORGE,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLYN COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:15-cv-01553-KJN (TEMP)<br><br>JOINT STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including April 11, 2016, in which to file her cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly. Defendant requests this extension because of the unusually long administrative record in this case and her attorney's inordinately heavy caseload for the month of March 2016.

This is Defendant's first request for an extension in this case. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *February 4, 2016*     */s/ Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff

Date: *February 4, 2016*     BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Timothy R. Bolin*
TIMOTHY R. BOLIN
Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  March 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

george1553.stip.eot.ord