BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CA SBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    Email: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JOSEPH GEORGE,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:15-cv-01553-KJN (TEMP)<br><br>STIPULATION AND ORDER TO EXTEND DEFENDANT'S TIME TO FILE ANY CROSS-MOTION FOR SUMMARY JUDGMENT |

    The parties hereby stipulate, through their undersigned attorneys and subject to the Court's approval, that Defendant shall have an extension of time, up to and including May 11, 2016, in which to file any cross-motion for summary judgment, with all subsequent deadlines set forth in the Court's scheduling order also extended accordingly. Defendant requests this extension because her attorney injured his back on March 20, 2016, and was unable to return to

the office until April 4, 2016. Further, he has longstanding plans to be on leave from April 11 through April 14, 2016.

This is Defendant's second request for an extension in this case. The parties stipulate in good faith, with no intent to delay proceedings unduly.

Respectfully submitted,

Date: *April 5, 2016*              /s/ Jesse S. Kaplan
                                   JESSE S. KAPLAN
                                   Attorney for Plaintiff

Date: *April 5, 2016*              BENJAMIN B. WAGNER
                                   United States Attorney
                                   DEBORAH L. STACHEL
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                                    /s/ Timothy R. Bolin
                                   TIMOTHY R. BOLIN
                                   Special Assistant United States Attorney

**ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  April 7, 2016

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

george1553.stip.eot