BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
TIMOTHY R. BOLIN, CSBN 259511
Special Assistant United States Attorney
    Social Security Administration
    Office of the General Counsel
    160 Spear St Ste 800
    San Francisco, CA 94105
    Telephone: (415) 977-8962
    Facsimile: (415) 744-0134
    E-mail: timothy.bolin@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**(SACRAMENTO)**

| | |
|---|---|
| JOSEPH GEORGE,<br><br>    Plaintiff,<br><br>v.<br><br>ACTING COMMISSIONER<br>OF SOCIAL SECURITY,<br><br>    Defendant. | No. 2:15-cv-01553-KJN (TEMP)<br><br>JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), ORDER OF REMAND, AND ENTRY OF JUDGMENT |

THE PARTIES HEREBY STIPULATE, through their undersigned attorneys and subject to the approval of the Court, to voluntary remand of this case for further administrative proceedings, pursuant to sentence four of 42 U.S.C. § 405(g); to order of such remand; and to entry of judgment for Plaintiff. On remand, the administrative law judge (ALJ) will give Plaintiff the opportunity for another hearing, consider any new evidence submitted, and issue a new decision.

The ALJ will further evaluate all medical source opinions, including any by John Cleopas Auza, M.D.; further evaluate Plaintiff's mental impairments; if necessary, obtain evidence from a medical expert to clarify the nature and severity of the impairments prior to the date last insured; further evaluate Plaintiff's residual functional capacity; and, if warranted, obtain supplemental vocational evidence.

Respectfully submitted,

Date: *April 14, 2016*  /s/ Jesse S. Kaplan
JESSE S. KAPLAN
Attorney for Plaintiff

Date: *April 14, 2016*  BENJAMIN B. WAGNER
United States Attorney
DEBORAH L. STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

/s/ Timothy R. Bolin
TIMOTHY R. BOLIN
Special Assistant United States Attorney

**ORDER**

Based on the foregoing joint stipulation, THE COURT ORDERS that this case is remanded to the Social Security Administration for further proceedings consistent with the joint stipulation, and judgment is entered for Plaintiff.

Dated:  April 21, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/george1553.stip.remand.ord

2