**JESSE S. KAPLAN   CSB# 103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**(916) 488-3030**
**(916) 489-9297 fax**

**Attorney for Plaintiff**
**JOSEPH GEORGE**

## UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA
-o0O0o-

| | |
|---|---|
| **JOSEPH GEORGE,**    ) | No.   2:15-cv-01553-DB |
| ) | |
| Plaintiff,   ) | |
| ) | **STIPULATION AND** |
| **v.**    ) | **ORDER APPROVING** |
| ) | **SETTLEMENT OF** |
| **Carolyn Colvin,    ,**    ) | **ATTORNEY FEES UNDER** |
| **ACTING COMMISSIONER OF SOCIAL** ) | **THE EQUAL ACCESS TO** |
| **SECURITY,**    ) | **JUSTICE ACT** |
| ) | **[28 U.S.C. §2412(d)]** |
| Defendant.   ) | |
| _____ ) | |

THE PARTIES STIPULATE through the undersigned, subject to the approval of the Court, that plaintiff be awarded attorney fees in the amount of Three Thousand Nine Hundred Twenty-eight dollars and forty-three cents ($3,928.43) to be paid under the *Equal Access to Justice Act,* 28 U.S.C. §2412(d) and that there will be no award of costs. This will represent

- 1

compensation for all legal services rendered by counsel for plaintiff in this civil action and in accordance with that statute.

Upon the Court's order, defendant will consider the assignment of those *EAJA* fees pursuant to *Astrue v. Ratliff,* 130 S.Ct. 2521, 2252-2253 (2010), considering any offsets allowed under the United States Department of Treasury's Offset Program. Fees shall be made payable to plaintiff, but if the Treasury Department determines plaintiff owes no federal debt, then the government shall pay the fees directly to Jesse S. Kaplan based on an assignment executed by plaintiff and will deliver the payment to said counsel.

This stipulation constitutes a compromise settlement of plaintiff's request for *EAJA* fees and not an admission of liability of defendant under the *EAJA*. Payment of this agreed amount shall constitute a complete release and bar of plaintiff and her counsel regarding *EAJA* fees relating to this action. This award is without prejudice to plaintiff's counsel's right to fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the *EAJA*.

Dated:  August 8, 2016               /s/  *Jesse S. Kaplan*

                                     JESSE S. KAPLAN
                                     Attorney for Plaintiff

Dated: August 8, 2016                */s/ per email authorization*

                                     TIMOTHY BOLIN
                                     Special Assistant U.S. Attorney
                                     Attorney for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.[1]

Dated: August 10, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

---

[1] In light of the parties' stipulation, plaintiff's July 19, 2016 motion for attorney fees under the EAJA (Dkt. No. 24) is denied as having been rendered moot.

- 3

DLB:6
Ddb1\orders.soc sec\george1553.stip.eaja.ord

- 4